RALEIGH W. DODSON, Appellant, v. JOSEPH C. HANDSHOE, Interpleaded and Substituted as Defendant in the Place and Stead of the MUTUAL LIFE INSURANCE

COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.